# U.S. District Court
# Northern District of Mississippi (Greenville Division)
# CIVIL DOCKET FOR CASE #: 4:16–cv–00115–MPM–JMV

Shwartz v. Khodr  
Assigned to: District Judge Michael P. Mills  
Referred to: Magistrate Judge Jane M. Virden  
Cause: 28:1332 Diversity–Fraud  

Date Filed: 06/08/2016  
Date Terminated: 01/20/2017  
Jury Demand: Plaintiff  
Nature of Suit: 370 Other Fraud  
Jurisdiction: Diversity  

**Plaintiff**

**Michael L. Shwartz**  represented by  **Stephan L. McDavid**  
MCDAVID & ASSOCIATES, PC  
P.O. Box 1113  
Oxford, MS 38655  
(662) 281–8300  
Fax: (662) 281–8353  
Email: smcdavid@mcdavidlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Milton D. Hobbs**  
HARRIS SHELTON HANOVER WALSH, PLLC – Oxford  
829 North Lamar Blvd., Ste. 2  
Oxford, MS 38655  
662–234–7447  
Email: dhobbs@harrisshelton.com  
*TERMINATED: 08/24/2016*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hicham Khodr**  represented by  **Danielle L. Borel**  
BREAZEALE SACHSE & WILSON, LLP  
301 Main Street, Floor 23  
Baton Rouge, LA 70801  
225–381–8047  
Email: danielle.borel@bswllp.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**E. John Litchfield**  
BERRIGAN LITCHFIELD, LLC  
201 St. Charles Avenue  
Suite 4204  
New Orleans, LA 70170  
504–799–6370  
Fax: 504–561–8655

Email: jlitchfield@berriganlaw.net
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathy Lee Torregano**
BERRIGAN LITCHFIELD, LLC
201 St. Charles Avenue
Suite 4204
New Orleans, LA 70170
504–799–6373
Fax: 504–561–8655
Email: ktorregano@berriganlaw.net
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott N. Hensgens**
BREAZEALE SACHSE & WILSON, LLP
301 Main Street, Floor 23
Baton Rouge, LA 70801
225–381–3171
Email: scott.hensgens@bswllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Adam Hill**
BUTLER SNOW
P.O. Box 1138
1200 Jefferson Avenue, Suite 205
Oxford, MS 38655
662–513–8008
Email: Josh.Hill@butlersnow.com
*ATTORNEY TO BE NOTICED*

**Mark A. Dreher**
BUTLER SNOW LLP
P. O. Box 6010
1020 Highland Colony Parkway Suite 1400
Ridgeland, MS 39157
(601) 985–4573
Fax: 601–985–4500
Email: mark.dreher@butlersnow.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2016 | Ï 1 | COMPLAINT, Jury Demand, Filing fee $ 400, receipt number 0537–1329877, filed by Michael L. Shwartz. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Civil Cover Sheet) (jtm) (Entered: 06/09/2016) |
| 06/08/2016 | Ï 2 | Summons Issued as to Hicham Khodr. Emailed to attorney for service. (jtm) (Entered: 06/09/2016) |

| | | |
|---|---|---|
| 06/08/2016 | Ï | NOTICE OF ASSIGNMENT. Case assigned to Judge Michael P. Mills and Magistrate Judge Jane M. Virden. (jtm) (Entered: 06/09/2016) |
| 06/09/2016 | Ï 3 | ORDER TO SHOW CAUSE as to why this case should not be dismissed for lack of federal jurisdiction. Show Cause Response due by 6/16/2016. Signed by Magistrate Judge Jane M. Virden on 6/9/2016. (bbf) |
| 06/09/2016 | Ï 4 | AMENDED COMPLAINT against Hicham Khodr, Jury Demand, filed by Michael L. Shwartz. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M) (McDavid, Stephan) |
| 06/28/2016 | Ï 5 | SUMMONS Returned Executed by Stephan L. McDavid on behalf of Michael L. Shwartz Hicham Khodr served on 6/20/2016. (McDavid, Stephan) |
| 06/30/2016 | Ï 6 | NOTICE of Attorney Appearance by Joshua Adam Hill on behalf of All Defendants (Hill, Joshua) |
| 06/30/2016 | Ï 7 | MOTION for Extension of Time to File Answer re 4 Amended Complaint, 1 Complaint, by Hicham Khodr. (Hill, Joshua) |
| 07/01/2016 | Ï | TEXT ONLY ORDER granting 7 Motion for Extension of Time to Answer. The court, having considered the motion and having been advised by counsel for the Plaintiff that the relief requested is unoppposed, finds that it is well taken and should be granted. The court orders the following new deadline: Defendant Hicham Khodr must answer or otherwise respond by August 10, 2016. No further written order shall issue from this court. Signed by Magistrate Judge Jane M. Virden on 7/1/2016. (bbf) (no document attached) |
| 08/02/2016 | Ï 8 | SUMMONS Returned Executed by Stephan L. McDavid on behalf of Michael L. Shwartz Hicham Khodr served on 7/28/2016. (McDavid, Stephan) |
| 08/05/2016 | Ï 9 | MOTION to Withdraw as Attorney by Michael L. Shwartz. (Hobbs, Milton) |
| 08/08/2016 | Ï | NOTICE OF CORRECTION re 9 MOTION to Withdraw as Attorney − Certificate of service not attached. Attorney to file certificate of service under event "Exhibit to Document", and link to motion. (jtm) |
| 08/08/2016 | Ï 10 | EXHIBIT re 9 MOTION to Withdraw as Attorney . (Hobbs, Milton) |
| 08/10/2016 | Ï 11 | MOTION for Sanctions by Hicham Khodr. (Hill, Joshua) |
| 08/10/2016 | Ï 12 | MEMORANDUM IN SUPPORT re 11 MOTION for Sanctions . (Attachments: # 1 Exhibit Exh. A− Khodr Motion for Summary Judgment (Doc. 194), # 2 Exhibit Exh. B−Shwartz Memorandum in Oposition to Summary Judgment (Doc. 195), # 3 Exhibit Exh. C−Pre−Trial Order (Doc. 201), # 4 Exhibit Exh. D−Order and Reasons (Doc. 204), # 5 Exhibit Exh. E− Judgment (Doc. 206), # 6 Exhibit Exh. F−Order (Doc. 205), # 7 Exhibit Exh. G− Petition for Declaratory Judgment, # 8 Exhibit Exh. H− Reasons for Judgment) (Hill, Joshua) |
| 08/10/2016 | Ï 13 | MOTION to Dismiss for Lack of Jurisdiction by Hicham Khodr. (Hill, Joshua) |
| 08/10/2016 | Ï 14 | MEMORANDUM IN SUPPORT re 13 MOTION to Dismiss for Lack of Jurisdiction . (Attachments: # 1 Exhibit Exh. A−Deposition of Michael Shwartz, # 2 Exhibit Exh. B−Deposition of S. David Kushner, # 3 Exhibit Exh. C−Incorporated docs., # 4 Exhibit Exh. D−Affidavit of Hicham Khodr) (Hill, Joshua) |
| 08/10/2016 | Ï 15 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Hicham Khodr. (Hill, Joshua) |
| 08/10/2016 | Ï 16 | MEMORANDUM IN SUPPORT re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM . (Attachments: # 1 Exhibit Exh. A−May 20, 2013 Letter, # 2 Exhibit Exh. B− Khodr |

| | | |
|---|---|---|
| | | Motion for Summary Judgment and Support Memo (Doc. 194), # 3 Exhibit Exh. C – Shwartz Memo in Opp. to Summary Judgment (Doc. 195), # 4 Exhibit Exh. D–Order and Reasons (Doc. 204), # 5 Exhibit Exh. E– Judgment (Doc. 206), # 6 Exhibit Exh. F– Order (Doc. 205), # 7 Exhibit Exh. G– order and Reasons (Doc. 50), # 8 Exhibit Exh. H– Mandate (Doc. 225), # 9 Exhibit Exh. I– Petition for Rehearing, # 10 Exhibit Exh. J– Joint Pre–trial Order (Doc. 201)) (Hill, Joshua) |
| 08/11/2016 | Ï 17 | MOTION for Extension of Time to File Response/Reply as to 16 Memorandum in Support,, 11 MOTION for Sanctions , 13 MOTION to Dismiss for Lack of Jurisdiction , 12 Memorandum in Support,, 14 Memorandum in Support, 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Michael L. Shwartz. (McDavid, Stephan) |
| 08/16/2016 | Ï | TEXT ONLY ORDER denying 9 Motion to Withdraw as Attorney. The motion to withdraw as counsel must be either 1) served upon the Plaintiff, in which case the court waits 14 days before ruling in order to give the Plaintiff time to object, or 2) bear the Plaintiff's signature. In light of the Motion for Sanctions 11 , which was filed after the instant motion to withdraw, the court is reluctant to disregard the instant motion's failure to satisfy the requirements of 1) or 2) as detailed above. Plaintiff's counsel has the right to reurge the motion upon compliance. No further written order shall issue from this court. Signed by Magistrate Judge Jane M. Virden on 8/16/2016. (bbf) (no document attached) |
| 08/16/2016 | Ï 18 | ORDER STAYING CASE pursuant to L.U. Civ. R. 16(b)(3)(B). Signed by Magistrate Judge Jane M. Virden on 8/16/2016. (bbf) |
| 08/17/2016 | Ï 19 | ORDER granting 17 Motion for Extension of Time to File Response to 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 11 MOTION for Sanctions , 13 MOTION to Dismiss for Lack of Jurisdiction Responses due by 9/8/2016. Signed by District Judge Michael P. Mills on 8/17/16. (lpm) |
| 08/22/2016 | Ï 20 | MOTION to Withdraw as Attorney by Michael L. Shwartz. (Hobbs, Milton) |
| 08/24/2016 | Ï 21 | ORDER granting 20 Motion to Withdraw as Attorney. Attorney Milton D. Hobbs terminated. Signed by Magistrate Judge Jane M. Virden on 8/24/2016. (bbf) |
| 08/26/2016 | Ï 22 | MOTION for Extension of Time to File Response/Reply as to 11 MOTION for Sanctions , 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Michael L. Shwartz. (McDavid, Stephan) |
| 08/26/2016 | Ï 23 | ORDER TO SHOW CAUSE. Show Cause Hearing set for 8/29/2016 03:00 PM in Greenville Courtroom 2 before Magistrate Judge Jane M. Virden. Signed by Magistrate Judge Jane M. Virden on 8/26/16. (Attachments: # 1 Exhibit A) (ncb) |
| 08/26/2016 | Ï 24 | NOTICE of Hearing: Show Cause Hearing set for 8/29/2016 03:00 PM in Greenville Courtroom 2 before Magistrate Judge Jane M. Virden. (dmd) |
| 08/29/2016 | Ï | NOTICE of Hearing: In–Person Show Cause Hearing has been reset as a telephonic hearing on 8/29/2016 03:00 PM before Magistrate Judge Jane M. Virden. Plaintiff's counsel to arrange and initiate the call to 662–390–4304. No document attached. (dmd) Modified on 8/29/2016 (dmd). |
| 08/29/2016 | Ï 25 | Minute Entry for proceedings held before Magistrate Judge Jane M. Virden: Show Cause Hearing held on 8/29/2016 *Audio Recorded during Proceeding. Order to be entered. (Court Reporter Digital.) (dmd) (Entered: 08/30/2016) |
| 09/08/2016 | Ï 26 | RESPONSE in Opposition re 13 MOTION to Dismiss for Lack of Jurisdiction filed by Michael L. Shwartz. (McDavid, Stephan) |
| 09/08/2016 | Ï 27 | MEMORANDUM IN SUPPORT re 26 Response in Opposition to Motion *to Dismiss for Lack of Personal Jurisdiction and Venue*. (Attachments: # 1 Exhibit A) (McDavid, Stephan) |

| | | |
|---|---|---|
| 09/08/2016 | 28 | RESPONSE in Opposition re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Michael L. Shwartz. (McDavid, Stephan) |
| 09/08/2016 | 29 | RESPONSE in Opposition re 11 MOTION for Sanctions filed by Michael L. Shwartz. (McDavid, Stephan) |
| 09/08/2016 | 30 | MEMORANDUM IN SUPPORT re 28 Response in Opposition to Motion *to Dismiss for Failure to State a Claim*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (McDavid, Stephan) |
| 09/08/2016 | 31 | MEMORANDUM IN SUPPORT re 29 Response in Opposition to Motion, 11 MOTION for Sanctions . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (McDavid, Stephan) |
| 09/09/2016 | 32 | ORDER AWARDING SANCTIONS. All of defense counsels reasonable fees and expenses are assessed to plaintiffs counsel. The itemization of such fees and expenses shall be submitted to the court and counsel opposite on or before the expiration of 10 days from todays date. Plaintiffs counsel will have 5 business days from the filing of defense counsels itemization to file any objection thereto, and defense counsel will have 3 days to reply. Signed by Magistrate Judge Jane M. Virden on 9/9/16. (ncb) |
| 09/09/2016 | 33 | EXHIBIT re 30 Memorandum in Support, *Response in Opposition to Motion to Dismiss for Failure to State a Claim*. (McDavid, Stephan) |
| 09/15/2016 | 34 | REPLY to Response to Motion re 13 MOTION to Dismiss for Lack of Jurisdiction filed by Hicham Khodr. (Attachments: # 1 Exhibit Shwartzs deposition of January 7, 2015, # 2 Exhibit Plainitff's Notice of Dismissal of Complaint, # 3 Exhibit Answer to Complaint for Declaratory Relief, # 4 Exhibit Motion for Leave to Amend, # 5 Exhibit Petition for Declaratory Judgment) (Hill, Joshua) |
| 09/15/2016 | 35 | REPLY to Response to Motion re 11 MOTION for Sanctions filed by Hicham Khodr. (Hill, Joshua) |
| 09/15/2016 | 36 | REPLY to Response to Motion re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Hicham Khodr. (Hill, Joshua) |
| 09/16/2016 | 37 | MOTION to Appear Pro Hac Vice ; Attorney Kathy Lee Torregano, by Hicham Khodr. (Hill, Joshua) |
| 09/16/2016 | 38 | MOTION to Appear Pro Hac Vice ; Attorney E. John Litchfield, by Hicham Khodr. (Hill, Joshua) |
| 09/16/2016 | 39 | MOTION to Appear Pro Hac Vice ; Attorney Danielle L. Borel, by Hicham Khodr. (Hill, Joshua) |
| 09/16/2016 | 40 | MOTION to Appear Pro Hac Vice ; Attorney Scott N. Hensgens, by Hicham Khodr. (Hill, Joshua) |
| 09/19/2016 |  | Pro Hac Vice Fee Paid re E. John Litchfield: $ 100.00, receipt number MSN300018656 (jtm) |
| 09/19/2016 |  | Pro Hac Vice Fee Paid re Kathy Lee Torregano: $ 100.00, receipt number MSN300018657 (jtm) |
| 09/19/2016 |  | Pro Hac Vice Fee Paid re Danielle L. Borel and Scott N. Hensgens: $ 200.00, receipt number MSN300018658 (jtm) |
| 09/19/2016 | 41 | ORDER granting 37 Motion to Appear Pro Hac Vice; Attorney Kathy Lee Torregano. Signed by Magistrate Judge Jane M. Virden on 9/19/2016. (bbf) |
| 09/19/2016 | 42 | ORDER granting 38 Motion to Appear Pro Hac Vice; Attorney E. John Litchfield. Signed by Magistrate Judge Jane M. Virden on 9/19/2016. (bbf) |
| 09/19/2016 | 43 | ORDER granting 39 Motion to Appear Pro Hac Vice; Attorney Danielle L. Borel. Signed by Magistrate Judge Jane M. Virden on 9/19/2016. (bbf) |

| | | |
|---|---|---|
| 09/19/2016 | ï 44 | ORDER granting 40 Motion to Appear Pro Hac Vice; Attorney Scott N. Hensgens. Signed by Magistrate Judge Jane M. Virden on 9/19/2016. (bbf) |
| 09/19/2016 | ï 45 | NOTICE OF SERVICE of Defense Counsels' Itemized Schedule of Fees and Expenses by Joshua Adam Hill on behalf of Hicham Khodr to Stephen Land McDavid, Esq. on behalf of Michael L. Shwartz. (Hill, Joshua) |
| 09/22/2016 | ï 46 | NOTICE OF SERVICE of Response to Defense Counsels' Itemized Schedule of Fees and Expenses by Stephan L. McDavid on behalf of Michael L. Shwartz to Defense Counsel. (McDavid, Stephan) |
| 09/26/2016 | ï 47 | NOTICE OF SERVICE of Written Reply in Support of Defense Counsels' Itemized Description of Reasonable Fees and Expenses by Mark A. Dreher on behalf of Hicham Khodr. (Dreher, Mark) |
| 10/11/2016 | ï 48 | ORDER awarding Defendant's fees and expenses in the amount of $1700.00 pursuant to 32 Order Awarding Sanctions. Signed by Magistrate Judge Jane M. Virden on 10/11/2016. (bbf) |
| 01/19/2017 | ï 49 | ORDER granting in part and denying in part 13 Motion to Dismiss for Lack of Jurisdiction and case is transferred to the Eastern District of Louisiana. Signed by District Judge Michael P. Mills on 1/19/2017. (lpm) |
| 01/20/2017 | ï | Case Transferred to Eastern District of Louisiana. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (tab) |