UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL L. SHWARTZ                         CIVIL ACTION

VERSUS                                     NO: 17-629

HICHAM KHODR                               SECTION: "J" (4)

### ORDER

The Court finds that the subject matter of the above-captioned case is related to that asserted in Civil Action 13-6560, "Uptown Grill, LLC v. Shwartz, Et Al." Accordingly,

**IT IS ORDERED** the above-captioned matter be **TRANSFERRED** to Section "H", Magistrate Judge Division 1, of this Court.

New Orleans, Louisiana this 1st day of February, 2017.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

2/2/17
TRANSFERRED TO
**SECT. H  MAG 1**