UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL L SHWARTZ                               CIVIL ACTION

V.                                              NO. 17-629 "H"(1)

HICHAM KHODR

## JUDGMENT

For reasons issued July 10, 2017 and filed herein (Doc 62);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant's Motion to Dismiss (Doc. 15) is **GRANTED** and Motion for Sanctions (Doc. 11) is **DENIED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE.**

Signed in New Orleans, Louisiana, this 11th day of July, 2017.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE