# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL L. SHWARTZ** | * | **CIVIL ACTION NO: 17-00629** |
| **VERSUS** | * | **Section H (1)** |
| **HICHAM KHODR** | * | **JUDGE: Hon. Jane Triche Milazzo** |

\*   \*   \*   \*   \*   \*   \*

## NOTICE OF APPEAL

Notice is hereby given that MICHAEL L. SHWARTZ, does hereby appeal to the United States Fifth Circuit Court of Appeals from the following Judgments/Orders:

1.  Order issued January 19, 2017 (Doc. 49) granting defendant's Motion to Transfer.

2.  Judgment rendered herein on July 11, 2017 (Doc. 63), dismissing Plaintiff's claims with prejudice.

RESPECTFULLY SUBMITTED,

/s/ Irl R. Silverstein

_____

THE SILVERSTEIN LAW FIRM, APLC
IRL R. SILVERSTEIN (12073)
DAVID A. SILVERSTEIN (31966)
Attorneys for Plaintiff
635 Lafayette Street
Gretna, Louisiana 70053
(504) 362-3692; (504) 362-3693

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice has been served upon all counsel of record by filing same with the CM-ECF system maintained by the court this 10th day of August, 2017.

/s/ Irl R. Silverstein